USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 03/02/2017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DENNIS WILSON, *individually and on behalf of all others similarly situated*,

Plaintiff,

v.

LSB INDUSTRIES, INC., JACK E. GOLSEN, BARRY H. GOLSEN, MARK T. BEHRMAN, TONY M. SHELBY, and HAROLD L. RIEKER, JR.,

Defendants.

No. 15-CV-7614 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

For the reasons stated on the record during the March 2, 2017 conference, Defendants' motion to dismiss Plaintiff's Corrected Amended Complaint (Dkt. 33) is denied, and Plaintiff's motion for leave to file a Second Amended Complaint (Dkt. 45) is granted. The Clerk of Court is respectfully directed to terminate the motions currently pending at Docket Numbers 33 and 45. Plaintiff is ordered to file its Second Amended Complaint no later than March 9, 2017.

SO ORDERED.

Dated:      March 2, 2017
            New York, New York

Ronnie Abrams
United States District Judge