UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

DENNIS WILSON, et al.,                                          :

                                                               :    ORDER

                              Plaintiffs,                      :    15 Civ. 7614 (RA) (GWG)

                                                               :

          -v.-                                                 :

                                                               :

LSB INDUSTRIES, INC., et al.,                                  :

                                                               :

                              Defendants.                      :
-------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/22/18

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

The Court is in receipt of defendants LSB Industries, Inc., Jack E. Golsen, Barry H. Golsen, Mark T. Behrman, Tony M. Shelby, and Harold L. Rieker, Jr.'s request to file a supplemental response in opposition to plaintiffs' motion for class certificatoin in light of newly acquired evidence purportedly bearing on that motion, Docket # 130, as well as plaintiffs' response to that request, Docket # 131.

Defendants' request is granted. Defendants shall file their supplemental response in opposition to plaintiffs' motion for class certification by March 29, 2018. Plaintiffs shall file their response, if any, to defendants' supplemental response by April 5, 2018. The parties may change these dates without Court approval by agreement, provided that the Court is informed of the change by letter filed on ECF.

SO ORDERED.

Dated: March 21, 2018
       New York, New York

GABRIEL W. GORENSTEIN
United States Magistrate Judge