Case 1:15-cv-07614-RA-GWG Document 160 Filed 08/27/18 Page 1 of 1

Dechert LLP

35 West Wacker Drive
Suite 3400
Chicago, IL 60601
+1 312 646 5800 Main
+1 312 646 5858 Fax
www.dechert.com

**JONI JACOBSEN**

joni.jacobsen@dechert.com
+1 312 646 5813 Direct
+1 312 646 5883 Fax

MEMO ENDORSED

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/29/18

August 27, 2018

Hon. Ronni Abrams
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 2203
New York, NY 10007

Re: *Dennis Wilson v. LSB Industries, Inc. et al.*, Case No. 15-cv-7614 (RA) (GWG)

Dear Judge Abrams:

The parties to the above-captioned matter file this joint submission to inform the Court of their agreement in principle to settle this action, which is subject to written memorialization. In order to give the parties time to memorialize the terms of this agreement in writing, the parties jointly request that this Court issue an order staying all proceedings and postponing all deadlines—with the exception of settlement-related matters—including the deadline of filing objections to Judge Gorenstein's Report and Recommendation dated August 13, 2018. *See* Dkt. No. 154.

Respectfully submitted,

**DECHERT LLP**

*/s/ Joni S. Jacobsen*
Joni S. Jacobsen

*Counsel for Defendants LSB Industries, Inc. Jack E. Golsen, Barry H. Golsen, Mark T. Behrman, Tony M. Shelby, and Harold L. Rieker, Jr.*

**GLANCY PRONGAY & MURRAY LLP**

*/s/ Casey E. Sadler*
Casey E. Sadler

*Lead Counsel for Lead Plaintiff Dennis Wilson and Plaintiff Camelot Event Driven Fund*

cc: All Counsel of Record (via ECF)

Application granted. This case and all deadlines, with the exception of settlement-related matters, are hereby stayed for 30 days. The parties shall submit a joint status letter or a stipulation of dismissal no later than September 28, 2018. If the parties seek to have the Court retain jurisdiction to enforce a settlement agreement, the terms of the agreement must be placed on the public record and "so ordered" by the Court. *See Hendrickson v. United States*, 791 F.3d 354, 358 (2d Cir. 2015).
SO ORDERED.

Hon. Ronnie Abrams
8/29/2018