


**GPM** | Glancy Prongay & Murray LLP

Casey E. Sadler
csadler@glancylaw.com
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
T: 310.201.9150

MEMO ENDORSED

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/26/18

November 20, 2018

Hon. Ronnie Abrams
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 2203
New York, NY  10007

> Application granted.  With the exception of settlement-related matters, this case remains stayed until December 19, 2018.  No later than December 19, 2018, the parties shall submit either their preliminary approval materials or a letter requesting an extension of the stay and proposing a new deadline to submit their preliminary approval materials.
>
> SO ORDERED.
>
> Hon. Ronnie Abrams
> November 26, 2018

Re:   *Wilson v. LSB Industries, Inc., et al.*, Case No. 1:15-cv-07614-RA-GWG

Dear Judge Abrams:

Per the Court's September 28, 2018 order (Dkt. No. 163) requiring the parties to the above-captioned matter to submit by November 27, 2018 either their preliminary approval materials or a letter setting forth a request for an extension of the stay and proposing a new deadline for such materials, the parties state that they have drafted and executed a comprehensive term sheet for the settlement of this matter and are working diligently on finalizing the terms of the settlement and drafting the necessary settlement papers.  The parties respectfully request that the Court continue to stay all proceedings and postpone all deadlines, except as to settlement-related matters, while the parties continue working on finalizing the settlement.  The parties will endeavor to have all settlement papers finalized and be in a position to submit them for preliminary approval by December 19, 2018.  In the event the parties have not submitted a motion for preliminary approval by that date, they will provide the Court with an update at that time.

Respectfully submitted,

**DECHERT LLP**

*/s/ Joni S. Jacobsen*
Joni S. Jacobsen

*Counsel for Defendants LSB Industries, Inc. Jack E. Golsen, Barry H. Golsen, Mark T. Behrman, Tony M. Shelby, and Harold L. Rieker, Jr.*

**GLANCY PRONGAY & MURRAY LLP**

*/s/ Casey E. Sadler*
Casey E. Sadler

*Lead Counsel for Lead Plaintiff Dennis Wilson and Plaintiff Camelot Even Driven Fund*

cc:   All Counsel of Record (via ECF)

413516.1 LSB      New York  |  Los Angeles  |  Berkeley
www.glancylaw.com